IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Carlos Arturo Nino Gonzalez,

                       Petitioner,

vs.

Pamela Bondi, Attorney General et al.,

                       Defendants.

Case No. 1:26-cv-01543-DMT-LIB

## ORDER TO DISMISS PETITION WITHOUT PREJUDICE

[¶ 1]   THIS MATTER comes before the Court upon Plaintiff's Notice of Voluntary Dismissal filed on February 24, 2026. Doc. No. 5.

[¶ 2]   Upon consideration, it is **ORDERED** that the Petition (Doc. No. 1) is **DISMISSED without prejudice** pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

[¶ 3]   **IT IS SO ORDERED.**

    DATED February 25, 2026.

                                                Daniel M. Traynor, District Judge
                                                United States District Court